IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOWARD A. JEFFS, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMTRAK - NATIONAL PASSENGER CORP. | : | NO. 10-2097 |

ORDER

AND NOW, this 31st day of August, 2010, upon consideration of the defendant's Motion to Dismiss Plaintiff's Amended Complaint (Docket No. 8), and the plaintiff's opposition thereto, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendant's motion is GRANTED. The plaintiff's complaint is dismissed without prejudice. The plaintiff may file an amended complaint on or before September 30, 2010, if he believes that he can state a claim under the Court's decision. This case is closed.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.